# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Loendorf v. Peopleconnect, Inc. et al   Case Number: 1:21-cv-00610

An appearance is hereby filed by the undersigned as attorney for:

PeopleConnect, Inc.

Attorney name (type or print): Wade A. Thomson

Firm: Jenner & Block LLP

Street address: 353 N. Clark Street

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6282174   Telephone Number: (312) 840-8613
(See item 3 in instructions)

Email Address: WThomson@jenner.com

Are you acting as lead counsel in this case?   ☑ Yes   ☐ No

Are you acting as local counsel in this case?   ☐ Yes   ☑ No

Are you a member of the court's trial bar?   ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 10, 2021

Attorney signature:   S/ Wade A. Thomson
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015