

**United States District Court**
**Northern District of Illinois**

In the Matter of

Theresa Loendorf

v.                                              Case No. 21-CV-610

Peopleconnect, Inc., et al                      Designated Magistrate Judge
                                                Jeffrey T. Gilbert

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Sharon Johnson Coleman to be related to 21 C 51 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Virginia M. Kendall**

Date: Friday, March 12, 2021

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Virginia M. Kendall

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Friday, March 12, 2021

District Reassignment - Finding of Relatedness